IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY FEDERICO PARRAS, | § | |
| TDCJ-CID NO.883652, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2081 |
| | § | |
| DOUG DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on 8th day of July, 2005.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE